STEPHEN H. MASON, Appellant, *v.* VILLAGE OF MUNSEY PARK, Respondent.

In the Matter of STEPHEN H. MASON, Appellant, against FRED W. WULFING, as Mayor of the Village of Munsey Park, et al., Respondents.

Submitted March 22, 1937; decided March 25, 1937.

*C. Malcolm Dowsey* for appellant.
*Herman Block* for respondents.

Motions to withdraw appeals taken as of right granted.